McGREGOR W. SCOTT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI MOSLEH, ET AL.,<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL R. POMPEO, ET AL.,<br><br>            Defendants. | CASE NO. 1:19-cv-00656-LJO-BAM<br><br>**STIPULATION TO A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND ORDER**<br><br>Date:          June 13, 2019<br>Time:         8:30 a.m.<br>Courtroom:  4, 7th Floor<br>Judge:        Hon. Lawrence J. O'Neill |

      Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule on plaintiffs' motion for a preliminary injunction:

| | |
|---|---|
| Plaintiffs' Motion for Preliminary Injunction: | On File |
| Defendants' Opposition: | June 3, 2019 |
| Plaintiffs' Reply: | June 6, 2019 |
| Hearing: | June 13, 2019, at 8:30 a.m. |

1

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: May 24, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: May 24, 2019 | */s/ Curtis Lee Morrison*<br>CURTIS LEE MORRISON<br>Law Office of Rafael Urea<br>Attorney for Plaintiffs |

**PROPOSED ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: **May 28, 2019**        /s/ **Lawrence J. O'Neill**
                 UNITED STATES CHIEF DISTRICT JUDGE