| 1  | McGREGOR W. SCOTT
|    | United States Attorney
| 2  | EDWARD A. OLSEN, CSBN 214150
|    | Assistant United States Attorney
| 3  | 501 I Street, Suite 10-100
|    | Sacramento, CA  95814
| 4  | Telephone:  (916) 554-2821
|    | Facsimile:   (916) 554-2900
| 5  | edward.olsen@usdoj.gov
| 6  | Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALI MOSLEH, ET AL.,        | CASE NO.  1:19-cv-00656-LJO-BAM |
|                            |                                   |
|            Plaintiffs,      | **STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE** |
| v.                         |                                   |
| MICHAEL R. POMPEO, ET AL., |                                   |
|            Defendants.     |                                   |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate to extend the deadline for defendants' responsive pleading to August 9, 2019, in light of the fact that this case may soon be moot.

//
//
//
//
//
//
//

1

|   |   |   |
|---|---|---|
| Dated: July 16, 2019 | | Respectfully submitted,<br><br>McGREGOR W. SCOTT<br>United States Attorney |
| | By: | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: July 16, 2019 | | */s/ Curtis Lee Morrison*<br>CURTIS LEE MORRISON<br>Law Office of Rafael Urena<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants to respond to the complaint is extended to August 9, 2019. The parties are advised that no further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **July 17, 2019**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE